Before the Second Division, April 13, 1950

No. 54237.—Ludwig Starck *v.* United States, protest 843451–G (New York).

Opinion by Lawrence, J. The protest was dismissed.

No. 54238.—Abouchar & Co. et al. *v.* United States, protests 694626–G, etc. (New York).

Opinion by Rao, J. The protests were dismissed.

No. 54239.—Baxter, Kelly & Faust et al. *v.* United States, protests 868736–G, etc. (New York).

Opinion by Rao, J. The protests were dismissed.

No. 54240.—Swiss Mills, Inc., et al. *v.* United States, protests 59321–K, etc. (New York).

Opinion by Rao, J. The protests were dismissed.